# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARK A. MARCELLE, SR.** | **CIVIL ACTION NO. 3.09-cv-00099** |
| **VERSUS** | **JUDGE JOHN V. PARKER** |
| **CVS PHARMACY, INC.** | **MAGISTRATE JUDGE DOCIA L. DALBY** |

## O R D E R

Upon review of Plaintiff's Motion to Extend Discovery and defendant's opposition,

**IT IS ORDERED** that the motion to extend discovery is GRANTED and the discovery period in this case is extended until April 1, 2010.

Signed in Baton Rouge, Louisiana, on January 22, 2010.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**