# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MARK A. MARCELLE, SR. | CIVIL ACTION NO. 3.09-cv-00099 |
| VERSUS | JUDGE JOHN V. PARKER |
| CVS PHARMACY, INC. | MAGISTRATE JUDGE DOCIA L. DALBY |

## O R D E R

Upon review of the Plaintiff's Motion for Miscellaneous Relief—To Correct the Record and for good cause shown, this Court hereby GRANTS and APPROVES said Motion.

**IT IS SO ORDERED** that the record be corrected such that it state that CVS informed Plaintiff of the employment status of Lakeisha Robichaux when CVS' filed its initial Rule 26 disclosure to Plaintiff rather than as Plaintiff's counsel had claimed in January, 2010.

Signed in Baton Rouge, Louisiana on this 22rd day of January, 2010.

_____
MAGISTRATE JUDGE DOCIA L. DALBY