UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

## ORDER

**IT IS ORDERED** that United States District Judge James T. Trimble of the Western District of Louisiana and Western District of Louisiana Magistrate Judges James D. Kirk and Kathleen Kay be assigned to conduct proceedings and perform all duties as may be required in the below referenced cases.

| Civil Action Number | Magistrate Judge | Description |
| --- | --- | --- |
| 08-63 | Kirk | Esfeller v. Louisiana State University Board of Supervisors |
| 08-198 | Kay | Louisiana Valves & Machine Works, Inc. V. Kinder Morgan Energy Partners, LP |
| 08-509 | Kirk | Evans, et al v. East Baton Rouge Parish Sheriff's Office, et al |
| 08-627 | Kirk | Bellard v. Gautreaux |
| 08-787 | Kay | Hughes, et al v. The Pepboys-Manny, Moe & Jack, Inc. |
| 09-63 | Kay | Zeringue v. Astrue |
| 09-99 | Kirk | Marcelle v. CVS Pharmacy, Inc. |
| 09-155 | Kay | Lewis v. Navistar, Inc., et al |
| 09-239 | Kirk | Ramsay v. Bernhard Brothers Mechanical Contractors, LLC |
| 09-309 | Kirk | Krawdaddy's LA, LLC v. Westchester Surplus Lines Insurance Company, et al |
| 09-489 | Kay | Ribando v. Fidelity National Property and Casualty Insurance Company, et al |
| 09-615 | Kirk | Landry, et al v. Laney Directional Drilling Co., et al |
| 09-645 | Kay | Blackburn v. Great West Casualty Company, et al |
| ~~09-678~~ | ~~Kay~~ | ~~Farr, et al v. Green, et al~~ *CLOSED* |
| 09-693 | Kirk | Group Contractors, LLC v. Kizziah Construction, Inc. |
| 09-764 | Kay | Nagem, et al v. Allstate Insurance Company |
| 09-792 | Kirk | Truong v. American Security Insurance Company |

| 09-818 | Kirk | Colony Insurance Company v. Ferguson, et al |
| --- | --- | --- |
| 09-861 | Kay | Searle v. Allstate Indemnity Company |
| 09-941 | Kirk | Metcalfe & Sons Investments, Inc., dba Generator Supercenter v. Multiquip, Inc. |
| 09-1000 | Kirk | McCumber v. Eye Care Centers of America, Inc. |
| 09-1101 | Kay | Petit, et al v. Insureco Agency and Insurance Company, et al |
| 09-1118 | Kay | Holmes, et al v. Keystone Industries, Inc., et al |
| 10-13 | Kirk | Kelly v. City of Baton Rouge, et al |
| 10-66 | Kay | Harry v. Golden Corral Corporation |
| | | |

**IT IS FURTHER ORDERED** that the Local Rules of the Western District of Louisiana will apply to these cases.

Baton Rouge, Louisiana, this 9th day of February, 2010.

Chief Judge Ralph E. Tyson